FILED

2020 Oct-08  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT

COURT FOR THE NORTHERN DISTRICT

OF ALABAMA, EASTERN DIVISION

PATRICK GORDON

     Plaintiff ,

V.

ANNISTON ARMY DEPOT,

WILBURN SPARKS ,

     Defendants ,

CIVIL NO. 1:20-CV-1582-CLM
    TO BE SUPPLIED BY

    CLERK

2020 OCT -8  A 9: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

NOTIE OF CONSTITUTIONAL

VIOLATIONS

JURISDICTIONAL STATEMENT

Jurisdiction of this Honorable Court is properly conferred

pursuant to the FOURTHTEENTH  AMENDMENT to the United States

Constitution,s "Due Process", "Equal protection" Clauses to

the United States Constitution which states in pertinent part:

> " All persons born or naturalized
> in the United States, and sub-
> ject to the jurisdiction there-
> of,are citizens of the United
> States

-1.-

States wherein they reside ,
No State shall enforce or make
any which shall abridge any pri-
vileges or immunities of the ci-
tizens of the United States;nor
shall any State deprive any per-
son of life, liberty, or pro-
perty, without due process of law;
; nor deny to any per within its
jurisdiction the equal protection
of the law."

STATEMENT OF FACTS SUPPORTING

THE PLAINTIFF,S FLAT DENIAL OF

SEEKING AND SECURING GAINFUL

EMPLOYMENT, LIFE , LIBERTY, &

THE PURSUIT OF HAPPINESS

The Plaintiff would respectfully set forth that he had been an temporary empl0yee at the Anniston Army depot on a non-permanent basis on and off over a period of time extending  7  yeras, and has never received any disciplinary actions relative to any violations of any regulations or rules controlling any disciplinary action ie suspensions, or disciplinary actions enforced by Anniston Army depot .

However on or around the  6  day of  Oct   2019, your Plaintiff was notified by Mr.Duncan  that he had received rumors from some other "unnamed employees that the Plaintiff was involved  in an altercation with Mr. Mc Cain

Mr. Duncan further stated that he took your Plaintiff's statement and allowed the Plaintiff to visit the EEOC office and file a complaint. Mr. McCain  is alleged to have received a thirty-day suspension (IF p 316) . That report is addended hereto and marked as EX.  "A".

-2-

Ms. Cottrill Stated that your Plaintiff was "Terminated" because he participated in a "verbal confrontation" with a co-worker opposed to Mr. Mc cain's (30) thirty day suspension. See: EX. "2 of "A" addended hereto and incorporated by reference verbatim herein..

It should also be noted that your plaintiff has never been given a disciplinary action for creating an altercation with a co-worker, was never affrded benefit to confront any witnesses against your Plaintiff, called any witnesses on his behalf, the right to call witnesses on my behalf, nor proper Notice of the facts and circumstances of the accussations.." in other words just how did the Defendants come to the conclusion that his conduct was violative of any Rule or regulation of the department.

Your Plaintiff would respectfully allege and set forth that said action was a Flat denial to your Plaintiff of "Due Process" and "Equal protection of the Law.

In other words, your Plaintiff has been constructively, I Intentionally, wantonly and with malice and appearances of impropriety, deprived your Plaintiff of his Liberty Interest in securing and maintaining gainful Employment in his pursuit of Life, Liberty and the pursuit of happiness for his family as a citizen of the United States of America. In orther words your Plaintiff has never been charged with any violations of the Rules and rgulations of the Anniston Army depot to this date.

Your Plaintiif would further set forth that these unconstitu -tutional practices and procedures are predominantly enforced and applied to Black Employees exclusively as the records will show.

Your Plaintiff would respectfully set forth that even in the Alabama department of Corrections, before an inmate can be deprived of and privelege, program, restrictions ect.. he must be given a wriiten disciplinary report setting forthe facts, named witnesses, a citation to the regulation, rule or law is alleged to have been offended by the inmate before any action can be taken against him ie restrictions, priveleges, ect. U.S.C. Const. Amends. 5,14, 42 U.S.C. 1983 (violation of civil rights), 42 U.S.C. 1985 (conspiracy to violate civil rights) and, 42 U.S.C. 1986 ( failure to prevent a clear violation of one's civil rights wilfully and intentionally as set forth herein.Also see: EX. 3 of "A" addended hereto. (Where your Plaintiff was terminated.)

That on January 2020, the records will show that the Defendant Sprks forced yout Plaintiff to resign in order to avoid prejudice to his chances of Permanent employment with the depot although he had never received any displinary action against him. See: EX. "B" addended hereto and incorporated verbatim by reference therein.

Your Plaintiff would further allege and set forth that although he was flatly denied due process and equal protection of the laws during his termination process with no disciplinary for violating the rules and regulations of the Department (AAD) The EEOC advised the Plaintiff to request an administrative hearing before an administrative Judge, knowing or should have known that your plaintiff had never been charged with any violation ! See: EX. "C" addended hereto and incorporated by reference verbatim herein and marked as EX. "C".

Your Plaintiff would show that the records are barren of anv evidence that the Plaintiff was in fact the initiator,

-4.-

nor initiator of any kind of verbal disturbance in the work place factually, thus the defendants would have done so and not base their decision to terminate the Plaintiif ( See: EX. "D" addended hereto based on heresay by some unknown, unreported source in violation of the rights afforded your Plaintiff under the Fourthteenth Amendment to the United States Constitution.

Notwithstanding the foregoing, your Plaintiff was forced to resign his employment based on rumors among unnamed employees without due process and equal protection of the laws.See: EX# "E" addended hereto and incorporated by reference verbatim herein.

### CONCLUSIONS

Wherefore premises considered, and the repugnacy of the record as a whole showing a flat denial of due process and equal protection of the laws, the intentional and malicious acts of the named defendant's and their acts and omissions  herein, your Plaintiff would respectfully pray as follows in the interest of Judicial comity, and manifest justice:

A. That your Plaintiff's Job he reinstate foor good cause shown based on his seven (7) years of employment with the depot without incident , and it should be noted that it was in fact the depot and its agent are the ones who in fact violated the depot's practices and procedures in terminating the Plaintiff without receiving an incident report setting forth the facts and circumstances as to how the Plaintiff violated any of the depots laws or regulations.

B. That if the named defendant have not reinstated the plaintiff's Job within 30 days receipt of this notice, then that this action be filed with the Courts as an action pursuant to 42 U.S.C

-5-

2302(b) of Title 5 of the U.S. Code and the EEOC..

C. Loss wages from the time of termination/ forced resignation.

INTENTIONAL VIOLATION

OF CONSTITUTIONAL RIGHTS

D. Punitive damages in the following amout of $100,00 (one-hundred-thousand dollars)

E. Issue an declaratory order that the named defendant's actions and omissions was repugnant, intentionally and vicious with a deliberate indifferance to the rights afforded the Plaintiff under the Fourthteenth  Amendment to the U.S. Constitution.

F. Injuctive relief prohibiting the named defendants from retaliating against the Plaintiff for the exercise of his Rights herein.

G. Any and All relief that this Court deems just and proper.


It is so Prayed this _6_ day of _Oct_ 2020.


Respectfully submitted,

_Patrick Coll_


-6.-

CERTIFICATE  OF SERVICE

I, _____ do hereby certify that I have forwarded an exact copy of the foregoing to the following:


1. Mr. Wilburn Sparks

Anniston Army Depot

Office of Administration

7 Frankfort Ave

Anniston, AL 36201


2. Patrickm T. Gordon

Anniston Army ·Depot

7  Frankfort Ave.

Anniston , AL  36201


3. U.S. District Court

Eastern District of Birmingham

Office of the Clerk

1729 5th Ave North

Birmingham , AL  35203


This _6_ day of _Oct_____ 2020.

Respectfully submitted,

Patrick G./-
_____

_____

_____

-7.-

My Contact Information

Cell    256-452-3914

email   patrickgordon81.pg@gmail.com

000052